UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **11-61083-CV-Altonaga/Simonton**

NOLAN R. CAMPBELL,

    Plaintiff,

vs.

THE DANDEE DONUT FACTORY, INC.
*d/b/a* DANDEE DONUT FACTORY,
a Florida corporation,
*and* JAMES DENNIS MCNAB REV LIV TR
& MCNAB, JAMES DENNIS TRSTEE ETAL,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AND RESPONSE TO [D.E. 21] ORDER ON CLERK'S DEFAULT PROCEDURE

PLEASE TAKE NOTICE that the undersigned parties, Plaintiff, NOLAN R. CAMPBELL, and Defendants, THE DANDEE DONUT FACTORY, INC. *d/b/a* DANDEE DONUT FACTORY, a Florida corporation, *and* JAMES DENNIS MCNAB REV LIV TR & MCNAB, JAMES DENNIS TRSTEE ETAL, (hereinafter, collectively, referred to as the "Defendants"), through their undersigned counsel, file this Joint Notice of Settlement to advise the Court that said parties are settling this case and are in the process of finalizing the settlement paperwork, and will file the appropriate papers with this Court, including a proposed Final Order of Dismissal with Prejudice with Retention of Jurisdiction by August 8, 2011. The parties request a further brief continuance to August 8, 2011 to finalize the settlement documents and file the appropriate papers with the Court, including a proposed Final Order of Dismissal with Prejudice with

Retention of Jurisdiction.  No party will be prejudiced by the brief extension and this request is being submitted to preserve litigation and judicial resources and not for the purposes of delay.

Dated:  July 14, 2011.

Respectfully submitted,

By: S/ *Tal Shemtov*
   **Tal Shemtov, Esquire**
   Florida Bar No. 28456
**The Shemtov Law Firm, P.A.**
*Attorney for Plaintiff*
   9715 West Broward Blvd. #256
   Plantation, Fl 33324
   Telephone: (954) 861-9787
Facsimile: (954) 236-3530
SHEMTOVLAWFIRM@YAHOO.COM

*Attorneys for Defendant*
Frank, Weinberg & Black, P.L.

By: S/ *Anastasios Tom Spyredes*
Anastasios Tom Spyredes, Esq.
Frank, Weinberg & Black, P.L.
Email:  tspyredes@fwblaw.net
 Broward County Office:
7805 SW 6th Court
Plantation, FL 33324
 (954) 474-8000
 (954) 474-9850 fax
*Attorney for Defendants*