UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61083-CIV-ALTONAGA/Simonton

**NOLAN R. CAMPBELL**,

    Plaintiff,
vs.

**THE DANDEE DONUT FACTORY, INC.**, *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the parties' Stipulation for Dismissal with Prejudice [ECF No. 27], filed on August 22, 2011. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice. Each party shall bear its own fees and costs. If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order. The Clerk is directed to **CLOSE** this case forthwith and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of August, 2011.

                                            **CECILIA M. ALTONAGA**
                                            UNITED STATE DISTRICT JUDGE

cc: counsel of record